UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR00023 ERW |
| ) | |
| BRANDON STEPHENS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles [doc. #35], pursuant to 28 U.S.C. § 636(b).

The Court notes that no objections were filed to the Report and Recommendation, which recommended that Defendant Stephens's [sic] Motion for Severance of Counts I and II [doc. #29] be denied. The Court concludes that the Magistrate Judge's findings were correct, and therefore adopts the Magistrate Judge's findings of facts and conclusions of law.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Stephens's [sic] Motion for Severance of Counts I and II [doc. #29] is **DENIED**.

Dated this 17th Day of August, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE